```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08790
   JOSEPH FULTS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2160

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 07/24/2006 and was confirmed 02/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/21/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
HONOR FINANCE              SECURED VEHIC   2913.00          85.45        1188.69
AFNI INC                   UNSECURED      NOT FILED          .00            .00
BARR MANAGEMENT            UNSECURED        815.85           .00            .00
CITY OF CHICAGO PARKING    UNSECURED       5475.00           .00            .00
CONSERVE                   UNSECURED      NOT FILED          .00            .00
CRED PROTECTION ASSOCIAT   UNSECURED      NOT FILED          .00            .00
EMPIRE SOLUTIONS INC       UNSECURED      NOT FILED          .00            .00
CHICAGO FINANCE            UNSECURED      NOT FILED          .00            .00
JACKSON PARK HOSPITAL      UNSECURED      NOT FILED          .00            .00
NCO FIN/99                 UNSECURED      NOT FILED          .00            .00
MEDCLR                     UNSECURED      NOT FILED          .00            .00
OSI COLLECTION SERVICES    UNSECURED      NOT FILED          .00            .00
PEOPLES GAS & LIGHT        UNSECURED       2817.25           .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED      NOT FILED          .00            .00
STUD FINANCE               UNSECURED      NOT FILED          .00            .00
UNITED COLLECTIONS         UNSECURED        478.00           .00            .00
UNITED COLLECTIONS         UNSECURED      NOT FILED          .00            .00
TIFFANY VINING             DSO ARREARS    NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED      NOT FILED          .00            .00
HONOR FINANCE              UNSECURED            .02          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,335.25                       751.83
TOM VAUGHN                 TRUSTEE                                        131.05
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE               2,157.02

PRIORITY                                         .00
SECURED                                       1,188.69

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 08790 JOSEPH FULTS
```

```
    INTEREST                                                    85.45
UNSECURED                                                         .00
ADMINISTRATIVE                                                  751.83
TRUSTEE COMPENSATION                                            131.05
DEBTOR REFUND                                                     .00
                                   ----------------    ----------------
TOTALS                                    2,157.02            2,157.02
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
    Dated: 02/27/08         _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```